JUNE 2, 1954

**No. 58160.**—Angela Gregory *v.* United States, protest 176902–K.

C. D. 1606. Plaintiff's application for rehearing denied.